JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 9 2001

FILED
CLERK'S OFFICE

MDL 1431



# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: | |
| | MDL DOCKET NO. 1431 |
| BAYCOL PRODUCTS LIABILITY LITIGATION | |

## DEFENDANT BAYER CORPORATION'S MOTION FOR EXPEDITED ISSUANCE OF CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG" ACTIONS

Pursuant to Rules 7.4 and 7.5 of the Rules of Procedure before the Judicial Panel on Multidistrict Litigation, defendant Bayer Corporation respectfully submits this motion for expedited issuance of conditional transfer orders relating to all "tag-along" actions currently pending in federal court. In support of this motion, defendant Bayer states as follows:

1.    Currently pending before the Judicial Panel on Multidistrict Litigation are six motions, identifying 40 Baycol-related cases (on Schedule A) that have been suggested for coordinated pretrial proceedings. None of the 33 responses and/or replies argues against coordination for pretrial matters. The hearing on these motions is scheduled for Thursday, November 29, 2001 in New Orleans, Louisiana.

**OFFICIAL FILE COPY**

**IMAGED DEC 3 '01**

2.      To date, over 200 Baycol-related cases have been filed in state and federal courts around the country.  Approximately 115 of those cases are currently pending in various district courts.  Only a small fraction of these federal court cases are identified on the Judicial Panel's Schedule A and are the subject of the motions for coordinated pretrial proceedings to be heard later this week.

3.      On September 28, 2001, Bayer submitted to the Judicial Panel on Multidistrict Litigation a list of 28 "tag-along" actions.  Bayer also provided to the JPML a courtesy copy of each complaint identified on that list in order to facilitate the issuance of conditional transfer orders relating to those lawsuits.  A copy of that list is attached as Exhibit 1.

4.      On October 16, 2001, Bayer submitted to the Judicial Panel on Multidistrict Litigation a supplemental list of 11 "tag-along" actions.   A copy of that supplemental list is attached as Exhibit 2.

5.      Concurrent with the filing of this Motion, Bayer is submitting a second supplemental list of an additional 47 "tag-along" actions, along with a courtesy copy of each complaint identified on both the first and second supplemental lists in order to facilitate the issuance of conditional transfer orders relating to those lawsuits.  A copy of that second supplemental list is attached as Exhibit 3.

6.      Because of the large number of "tag-along" actions associated with this litigation, the normal process for issuance of conditional transfer orders may result in lengthy delays in transferring all of the "tag-along" actions to the transferee MDL court.  Bayer has attempted to expedite this process by providing the Judicial Panel with courtesy copies of the complaint in each action identified as a potential "tag-along" action.

7.      Expedited issuance of conditional transfer orders would promote the just and efficient conduct of the multidistrict coordination of the Baycol-related actions by aggregating all such actions before the transferee court before significant issues are decided, such as the determination of lead and/or liaison counsel (or committees of counsel), the creation of case management plans, the resolution of jurisdictional issues (such as pending remand motions), and the management of discovery.  The normal procedure for issuing conditional transfer orders may result in significant delays in issuing the orders, which could result either in inefficiencies as new cases are transferred to the transferee MDL court, or in delays in the conduct of the MDL proceedings.

8.      This motion has been served on counsel for plaintiffs in each of the "tag-along" actions identified in the supplemental schedules of "tag-along" actions provided by Bayer in this and previous filings, and has been served on the MDL Panel Service List provided by the Judicial Panel, as attested to in the accompanying proof of service.  Accordingly, plaintiffs in all pending federal Baycol-related lawsuits made known to the Judicial Panel have been notified of this request for expedited conditional transfer orders.

WHEREFORE, Defendant Bayer Corporation respectfully requests that the Judicial Panel on Multidistrict Litigation engage in expedited review of the pending "tag-along" actions, as identified in the attached Exhibits, and issue conditional transfer orders relating to these cases in conjunction with its Order regarding the disposition of the motions for coordinated pretrial proceedings associated with MDL-1431.

Dated:  November 28, 2001

Respectfully submitted,

_Philip S. Beck / cml_

Attorneys for Defendant Bayer Corporation

Philip S. Beck
Adam Hoeflich
Andrew Goldman
BARTLIT BECK HERMAN
    PALENCHAR & SCOTT
Courthouse Place
54 West Hubbard Street
Chicago, IL  60610
(312) 494-4400
(312) 494-4440 (facsimile)

Sara J. Gourley
Gene C. Schaerr
Susan A. Weber
Catherine Valerio Barrad
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
(312) 853-7000
(312) 853-7036 (facsimile)

CH1 2311369v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 9 2001

FILED
CLERK'S OFFICE

1

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>BAYCOL PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1431 |

## SCHEDULE OF RELATED FEDERAL CASES

## POTENTIAL "TAG-ALONG" CASES

Pursuant to Rules 7.4 and 7.5 of the Rules of Procedure before the Judicial Panel on Multidistrict Litigation, defendant Bayer Corporation respectfully submits this schedule of potential tag-along actions that it understands are currently pending in federal courts.

Central District of California

*Randy Abrams individually and on behalf of all others similarly situated v. Bayer AG and Bayer Corporation*, No. 01-08105 DT (FMOx) (Hon. Dickran Tevrizian)
*James Martin Curlander on behalf of themselves and all others similarly situated v. Bayer Corporation*, No. 01-08068 NM (CWx) (Hon. Nora Manella)
*James Martin Curlander on behalf of themselves and all others similarly situated v. Bayer Corporation*, No. 01-08069 MMM (Mcx) (Hon. Margaret Morrow)
*Harold Harris and Rita Harris v. Bayer Corporation*, No. 01-07631 (Hon. Carlos Moreno)
*William Powers v. Bayer Corporation*, No. SACV-01-869 GLT (MLGx) (Hon. Gary Thomas, Santa Ana Division)

Northern District of California

*Christopher J. LaDelfa, et al., v. Bayer A.G., et al.*, No. C-01-3648

Middle District of Florida

*Xyuen Tran v. Bayer Corp.*, No. 01-CV-1115 (Hon. Gregory A. Presnell, Orlando Division)

Southern District of Florida

*Amelia J. Ceballos v. Bayer Corp., et al.*, No 01-3953 (Judge King)
*Domingo Enrique Gonzalez v. Bayer Corp., et al.*, No. 01-CV-3917 (Hon. Alan S. Gold, Miami)
*Michael Jacobs, et al., v. Bayer Corp., et al.*, No. 01-7530 (Judge Dimitrouleas)

Southern District of Illinois

*Jerry Gallaher, et al. v. Bayer Corp., et al.*, No. 01-64-GPM (Judge Murphy)

Southern District of Indiana

**Ida Toth v. Bayer AG, Bayer Corporation and Glaxosmithkline plc**, No. IP01-1280CT/G (Hon. John D. Tinder)

Eastern District of Kentucky

*Gary Lester v. Bayer A.G., et al.*, No. 7:01-CV-311 (Hon. Joseph M. Hood, Pikeville Division)

Southern District of Mississippi

*William Clint Snow v. Bayer Corp., et al.*, No. 01-676-BH-S (Hon. William Brevard Hand)

Western District of Missouri

*Thelma Erlene Hurt v. Bayer Corp.*, No. 01-1045-CV-W-4-ECF (Judge Fenner)
*Betty Jean Pinkerman, et al., v. Bayer A.G., et al.*, No. 4-01-01051-CV-W-1-DW (Judge Whipple)

District of Nevada

*Gilbert Goode, et al., v. Bayer Corp., et al.*, No.

Northern District of New York

*Patrick Edwards v. Bayer Corp.*, No. 01-CV-1462

Southern District of New York

*Diane DeLuise v. Bayer Corp., et al.*, No. 01 CV 8270 (Hon. Jed S. Rakoff)
*Leon Meyers, et al., v. Bayer A.G., et al.*, No.

Eastern Distict of Oklahoma

*Edna Dulock v. Bayer Corp.*, No. CIV 01-491-S (Hon. Frank H. Seay)
*James Webb v. Bayer Corporation and Glaxosmithkline, Inc.*, No. CIV 01-492-X (Hon. Frank H. Seay)

Western District of Pennsylvania

*Earl M. Harris v. Bayer A.G., et al.*, No. 01-1792 (Hon. Donald J. Lee, Pittsburgh)
*Julia A. Thompson, et al., v. Bayer A.G., et al.*, No. 01-1790 (Hon. Donald J. Lee, Pittsburgh)

Northern District of Texas

*Tina C. Presley v. Bayer Corp.*, No.

Southern District of Texas

*Jesus Castaneda v. Bayer A.G., et al.*, No. 01-CV-102 (Hon. John D. Rainey)

Southern District of West Virginia

*Michael Black v. Bayer Corporation*, No. 3:01-0856 (Hon. Robert C. Chambers)

District of Wyoming

*Edward Ronwin v. Bayer Corp.*, No. 01-CV-172-D

CH1 2274306v2

2

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

IN RE:                                    :
                                          :
                                          :        MDL DOCKET NO. 1431
BAYCOL PRODUCTS                           :
LIABILITY LITIGATION                      :
                                          :

## SUPPLEMENTAL SCHEDULE OF RELATED FEDERAL CASES

### POTENTIAL "TAG-ALONG" CASES

Pursuant to Rules 7.4 and 7.5 of the Rules of Procedure before the Judicial Panel on Multidistrict Litigation, defendant Bayer Corporation respectfully submits this schedule of additional potential tag-along actions that it understands are currently pending in federal courts. This list supplements the schedule filed by Bayer Corporation on September 28, 2001.

Southern District of Alabama

*William Clint Snow v. Bayer Corp., et al.*, No. 01-0676-BH-S (Hon. W.B. Hand)

District of Arizona

*Carol Pack v. Bayer Corp., et al.*, No. CV01-1859 PHXDKD (Hon. Paul G. Rosenblatt)

District of Connecticut

*Anita Young v. Bayer A.G., et al.*, No. 301CV1783 RN (Hon. Robert N. Chatigny)

Southern District of Florida

*Melvin Rothberg, et al., v. Bayer Corp., et al.*, No. 01-7531-Civ (Hon. William J. Zloch)
*Seymour Zawada, et al., v. Bayer Corp., et al.*, No. 01 CV 07554 (Hon. William J. Zloch)

Northern District of Illinois

*John Dalessandro v. Bayer A.G., et al.*, No. 01 C 7556 (Hon. James B. Moran)
*Anthony Rizzo v. Bayer A.G., et al.*, No. 01 C 7520 (Hon. Harry D. Leinenweber)

Southern District of Illinois

*Jean Martin v. Bayer Corp., et al.*, No. 01-611-MJR (Hon. Michael J. Reagan)

Eastern District of Louisiana

*Joseph A. Messina, Jr., v. Bayer A.G., et al.*, No. CV-01-BU-2275-E (Hon. Charles Schwartz, Jr.)

Eastern District of New York

*Anthony Brangaitis, et al., v. Bayer A.G., et al.*, No. CV 01 6335 (Hon. John Gleeson)

District of Utah

*Robert Brereton, et al., v. Bayer Corp., et al.*, No. 2:01 CV 767K (Hon. Dale A. Kimball)

CH1 2287747v1

3

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

IN RE:                                                    :
                                                          :
                                                          :          MDL DOCKET NO. 1431
BAYCOL PRODUCTS                                           :
LIABILITY LITIGATION                                      :
                                                          :

## SECOND SUPPLEMENTAL SCHEDULE OF RELATED FEDERAL CASES

## POTENTIAL "TAG-ALONG" CASES

Pursuant to Rules 7.4 and 7.5 of the Rules of Procedure before the Judicial Panel on Multidistrict Litigation, defendant Bayer Corporation respectfully submits this second supplemental schedule of additional potential tag-along actions that it understands are currently pending in federal courts. This list supplements the schedules filed by Bayer Corporation on September 28 and October 16, 2001.

## PART A

### Middle District of Alabama

*David Hester, et al., v. Bayer Corp., et al.*, No. 01-D-1301 N (Hon. Judge Reese)
*Beatrice L. King v. Bayer A.G., et al.*, No. 01-D-1346 N
*Gregory D. Waters, et al., v. Bayer Corp., et al.*, No. 01-M-1280 N
*Hattie Ruth Wright v. Bayer Corp.*, No. 01-M-1206 N (Hon. Judge Thompson)

### Northern District of Alabama

*Walter Broom v. Bayer Corp., et al.*, No. CV-01-AR-2728-S (Hon. William H. Acker)
*Robert E. Gabriel v. Bayer A.G.., et al.*, No. CV-01-PT-2660-E (Hon. Robert B. Propst)
*Gabriel Lowe v. Bayer A.G., et al.*, No. CV-01-PT-2661-E (Hon. Robert B. Propst)
*Mary L. Stone v. Bayer Corp., et al.*, No. CV-01-N-2734-S (Hon. Edwin L. Nelson)

District of Arizona

*Mike Minato v. Bayer Corp.,* No. CV01-2002 PHXSLV (Hon. Earl H. Carroll)

Eastern District of Arkansas

*Connie Hudson v. Bayer A.G., et al.,* No. 01-CV-0775 (Hon. Stephen M. Reasoner)
*Ed C. Williams, et al., v. Bayer A.G., et al.,* No. 01-CV-0776 (Hon. G. Thomas Eisele)

Northern District of California

*Barbara Ruona, et al., v. Bayer Corp., et al.,* No. C 01-4341
*Douglas Shaw v. Bayer Corp., et al.,* No. C 01-3775
*Mary Smith v. Bayer Corp., et al.,* No. C 01-20961
*Dorothy Stephan v. Bayer A.G., et al.,* No. C 01-20875

Southern District of California

*Loren Kofsky v. Bayer A.G., et al.,* No. 01-CV-2144 W (LSP)
*Elyse Stabiner v. Bayer Corp., et al.,* No. 3:01 CV 02053 (Hon. Thomas J. Whelan)

Middle District of Florida

*Deborah Kemp v. Bayer Corp., et al.,* No. 01 CV 378 (Hon. Wm. Terrell Hodges)
*Victor Stramondo v. Bayer Corp.,* No. 6:01-CV-1217-Orl-18KRS (Hon. G. Kendall Sharp)

Northern District of Illinois

*Thomas King, et al., v. Bayer Corp.,* No. 01 C 7779 (Hon. Blanche Manning)
*Robert Raskey v. Bayer Corp., et al.,* No. 01 C 8494 (Hon. Robert W. Gettleman)

Southern District of Illinois

*Joseph Mueller v. Bayer Corp.,* No. 01-696 MJR (Hon. Michael J. Reagan)

Southern District of Indiana

*Luisa Perez v. Bayer A.G.,* No. IP 01-1583 (Hon. John D. Tinder)

Eastern District of Louisiana

*Harmon Brody v. Bayer Corp., et al.,* No. 01-3035 (Hon. Stanwood R. Duval, Jr.)
*Herman Costanza v. Bayer Corp., et al.,* No. 01-3062 (Hon. Ivan L.R. Lemelle)
*Gordon E. Dansereau, et al., v. Bayer Corp., et al.,* No. 01-3362 (Hon. G. Thomas Porteous, Jr.)
*Joseph Landrieu v. Bayer Corp.,* No. 01-3312 (Hon. Edith Brown Clement)

2

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

IN RE:                                          :
                                                :                    MDL DOCKET NO. 1431
BAYCOL PRODUCTS                                 :
LIABILITY LITIGATION                            :
                                                :

## SECOND SUPPLEMENTAL SCHEDULE OF RELATED FEDERAL CASES

## POTENTIAL "TAG-ALONG" CASES

Pursuant to Rules 7.4 and 7.5 of the Rules of Procedure before the Judicial Panel on Multidistrict Litigation, defendant Bayer Corporation respectfully submits this second supplemental schedule of additional potential tag-along actions that it understands are currently pending in federal courts. This list supplements the schedules filed by Bayer Corporation on September 28 and October 16, 2001.

**PART B**

Eastern District of Michigan

*Marilyn Rolland v. Bayer A.G., et al.*, No. 2:01 CV 73950 (Hon. Robert Ziolkowski)

District of Minnesota

*Nancy Garding v. Bayer Corp.*, No. 01-1871 (Hon. Michael J. Davis)
*Dennis Riedlinger v. Bayer Corp.*, No. 01-1896 (Hon. Donovan W. Frank)

District of Montana

*Catherine McKeever, et al., v. Bayer Corp.*, No. CV-01-158

District of New Jersey

*George Campbell v. Bayer A.G.,* No. 2:01 CV 04889 (Hon. Joseph A. Greenaway, Jr.)

Southern District of New York

*Himu Barua v. Bayer A.G., et al.,* No. CV 01 6975 (Hon. Allyne R. Ross)

District of North Dakota

*Howard Wrigley v. Bayer Corp.,* No. A3-01-119

Southern District of Ohio

*Mark W. Bixler, et al., v. Bayer A.G., et al.,* No. C-1-01-719 (Hon. Sandra S. Beckwith)

Western District of Oklahoma

*Lupe Martinez, et al., v. Bayer A.G., et al.,* No. CIV 01 1667W (Hon. Lee R. West)

Eastern District of Pennsylvania

*Elizabeth Barclay v. Bayer A.G., et al.,* No. 01-5809 (Hon. J. Curtis Joyner)
*Charles F. Battle v. Bayer A.G., et al.,* No. 01-5807 (Hon. J. Curtis Joyner)
*Laverne Boyles v. Bayer A.G., et al.,* No. 01-5866 (Hon. J. Curtis Joyner)
*Mary Brown v. Bayer A.G., et al.,* No. 01-5002 (Hon. J. Curtis Joyner)
*Mark A. Hall v. Bayer A.G., et al.,* No. 01-5886 (Hon. J. Curtis Joyner)
*Catherine Keith v. Bayer A.G., et al.,* No. 01-5806 (Hon. J. Curtis Joyner)
*Ilse Lehmann, et al., v. Bayer A.G., et al.,* No. 01-5324 (Hon. J. Curtis Joyner)
*Wade Wright v. Bayer A.G., et al.,* No. 01-5808 (Hon. J. Curtis Joyner)

District of South Carolina

*Laura M. Langley v. Pfizer, Inc., et al.,* No. 4:01-4361-22 (Hon. Cameron M. Currie)

District of South Dakota

*William H. Wise v. Bayer Corp.,* No. CIV 01-5078 (Hon. Karen E. Schreier)

Eastern District of Tennessee

*Robert Dean Bogart, et al., v. Bayer A.G., et al.,* No. 2:01-CV-282
*Harold Keys v. Bayer A.G., et al.,* No. 2:01-CV-334

Middle District of Tennessee

*Joseph H. Jones, et al., v. Bayer A.G., et al.,* No. 3-01 1483

Southern District of Texas

*Gracie Mendietta v. H.E. Butt Grocery Co., et al.*, No. 2:01 CV 00505 (Hon. Hayden W. Head, Jr.)

District of Utah

*Vernon Huff v. Bayer Corp.*, No. 2:01 CV 800J (Hon. Bruce S. Jenkins)

Western District of Washington

*Gwen Erickson, et al., v. Bayer A.G., et al.*, No. C01-1580 (Hon. John C. Coughenour)

Northern District of West Virginia

*George Jones, et al., v. Bayer Corp.*, No. 5:01-CV-122 (Hon. Irene M. Keeley)

CH1 2311369v1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## <u>CERTIFICATE OF SERVICE</u>

**NOV 2 9 2001**

FILED
CLERK'S OFFICE

I hereby certify that, on the 28th of November, 2001, I caused to be served a copy

of  Defendant Bayer Corporation's Motion for Expedited Issuance of Conditional Transfer

Orders for "Tag-Along" Actions by United States mail, postage fully paid, to the individuals

listed on the attached Panel Service List and the accompanying additional service list.

Susan A. Weber

CH1 2275464v1

JUDICIAL PANEL ON MULTIDISTRICT LITIGAT    - PANEL ATTORNEY SERVICE LIST                          October 05, 2001

DOCKET: 1,431 - In re Baycol Products Liability Litigation                                        Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
; Dist:
  Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Beck, Philip S.<br>Bartlit, Beck, Herman, Palenchar & Scott<br>54 West Hubbard Street<br>Chicago, IL 60610 | => Bayer Corp.*#; Bayer, A.G.; Bayer, Inc.; Group Bayer |
| Becnel, Daniel E. Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | => Clark, William Scott; Lanclos, Michael Wayne; Schexnayder, Linda* |
| Blumenthal, Norman B.<br>Blumenthal, Ostroff & Markham<br>2255 Calle Clara<br>La Jolla, CA 92037 | => Stauss, Arnold |
| Branch, Turner W.<br>Branch Law Firm<br>2025 Rio Grande Blvd., N.W.<br>Albuquerque, NM 87104 | => Mitchell, Ina; Prescot, Betena; Williams, Hervey |
| Cox, James J.<br>Cox, Cox, et al.<br>723 Broad Street<br>Lake Charles, LA 70601 | => Naegele, Carol Arlene; Naegele, Fred W. |
| Cummings, John J. III.<br>Cummings, Cummings & Dudenhefer<br>416 Gravier Street<br>New Orleans, LA 70130 | => Swink, Mary* |
| Davis, Samuel L.<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, NJ 07666 | => Gautier, Lora |
| Equels, Thomas K.<br>Holtzman, Equels & Furia<br>16 West Pine Street<br>Orlando, FL 32801 | => Smith, Melissa Elaine |
| Evans, John C.<br>Specter Specter Evans & Manogue, P.C.<br>Koppers Bulding<br>26th Floor<br>Pittsburgh, PA 15219 | => Woods, Doyle* |
| Federman, William B.<br>Dreier, Baritz & Federman<br>2720 First National Center<br>120 North Robinson<br>Oklahoma City, OK 73102 | => Dowling, Gloria; Hartman, Jack; Sparks, Steven L.* |

NOTE: Please refer to the title page for complete report scope and key.
   *   Signifies that an appearance was made on behalf of the party by the representing attorney.
   #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Fox, Frederic S.<br>Kaplan, Fox & Kilsheimer, L.L.P.<br>805 Third Avenue<br>22nd Floor<br>New York, NY  10022 | => Sternberg, Evelyn* |
| Friedman, Brad<br>Milberg, Weiss, Bershad, Hynes & Lerach, LLP<br>One Pennsylvania Plaza<br>New York, NY  10119 | => Seiffer, Arnold* |
| Gauthier, Wendell H.<br>Gauthier Downing LaBarre Beiser & Dean<br>3500 N. Hullen Street<br>Metairie, LA  70002 | => Fritzinger, John J.; Robinson, Burnell |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L.L.P.<br>901 Third Street, North<br>Suite 100<br>Minneapolis, MN  55401 | => Dubberly, Raymond |
| Goodman, William F. III.<br>Watkins & Eager<br>P. O. Box 650<br>Jackson, MS  39205 | => Bayer Consumer Care |
| Green, Robert S.<br>Girard & Green, L.L.P.<br>160 Sansome Street<br>Suite 300<br>San Francisco, CA  94104 | => Gleiberman, Clotildes; Srsich, Patricia* |
| Helmsing, Frederick G.<br>Helmsing, Leach, Herlong, et al.<br>Laclede Building, Suite 2000<br>150 Government Street<br>P.O. Box 2767<br>Mobile, AL  36652 | => SmithKline Beecham Corp. |
| Holstein, Robert A.<br>Law Offices of Robert A. Holstein<br>20 North Clark Street<br>Suite 606<br>Chicago, IL  60602 | => Weber, Ronald |
| Hutton, Andrew W.<br>Hutton & Hutton<br>8100 East 22nd Street<br>North Building 1200<br>P.O. Box 638<br>Wichita, KS  67201 | => Boling, Juanita; Davis, Ronald O.* |
| Irving, Stephen M.<br>12812 Coursey Blvd.<br>Baton Rouge, LA  70816 | => Jackson, Ada; Love, Mary Lou; Triplett, Juanita |
| Lockridge, Richard A. | => Krohn, William J.* |

NOTE: Please refer to the title page for complete report scope and key.
 *   Signifies that an appearance was made on behalf of the party by the representing attorney.
 #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATI   · PANEL ATTORNEY SERVICE LIST                     October 05, 2001
(1,431 Panel Attorney Service List Cont'c.

                                                                                                  Page: 3

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Lockridge Grindal Nauen, PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN  55401 | |
| Lueckenhoff, Terry<br>Lueckenhoff & Brittingham, PC<br>The Security Building<br>319 North Fourth Street<br>Suite 600<br>St. Louis, MO  63102 | => Bayer Pharmaceutical Division |
| Magaziner, Fred T.<br>Dechert Price & Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | => Glaxo SmithKline Corp.*; Glaxo SmithKline, PLC* |
| Mahfood, George G.<br>Leesfield, Leighton, Rubio & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL  33133 | => Elias-Vecchione, Barbara* |
| Manchur, Edward L.<br>Gilman & Pastor, L.L.P.<br>Stonehill Corporate Center<br>999 Broadway<br>Suite 500<br>Saugus, MA  01906 | => Smithe, Otis* |
| Moll, Kenneth B.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>·54th Floor<br>Chicago, IL  60602 | => Cohen, Ronald*; Freden, Marjorie*; Gupta, Prem*; Julien, Larry*; Kuta, William*;<br>Matzner, Brenda*; Pervaiz, Kalid*; Zuckerman, Adrian* |
| Nagel, Bruce H.<br>Nagel, Rice, Dreifuss & Mazie<br>301 South Livingston Avenue<br>Suite 201<br>Livingston, NJ  07039 | => Galasso, Salvatore |
| Nast, Dianne M.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA  17601 | => Rivera, Heriberto |
| Newcomber, John Ray Jr..<br>James, Hoyer, Newcomer, & Smiljanich<br>One Urban Centre<br>Suite 147<br>4830 West Kennedy Boulevard<br>Tampa, FL  33609 | => Canter, Dolores |
| Schatz, Andrew M.<br>Schatz & Nobel, P.C.<br>330 Main Street<br>Hartford, CT  06106· | => Corasio, Susan |

NOTE: Please refer to the title page for complete report scope and key.
  *    Signifies that an appearance was made on behalf of the party by the representing attorney.
  #    Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST          October 05, 2001
(1,431 Panel Attorney Service List Cont'd)                                                    Page: 4

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Schiffrin, Richard S.<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA  19004 | => Rosenthal, Diane* |
| Sorey, Charles E. II.<br>Ramsey Law Firm, P.C.<br>21 North Florida Street<br>Mobile, AL  36607 | => Davis (Deceased By & Through Ruby), Johnson Lee |
| Thompson, Jason J.<br>Charfoos & Christensen, P.C.<br>5510 Woodward Avenue<br>Detroit, MI  48202 | => Glazer, Ionel* |
| Yates, Alfred G. Jr.<br>Law Office of Alfred G. Yates, Jr.<br>429 Forbes Avenue<br>519 Alleghney Building<br>Pittsburgh, PA  15219 | => Hickerson, Patricia; Jones, Maude E.; Lighter, Gloria; Roberts, Raymond L.* |

NOTE: Please refer to the title page for complete report scope and key.
   *   Signifies that an appearance was made on behalf of the party by the representing attorney.
   #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

Additional Counsel Served

Lee A. Miller
15260 Ventura Blvd., Suite 1050
Sherman Oaks, CA 91403

Shawn Khorrami
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Thomas D. Haklar
Dougherty Hildre Dudek & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103

Ramon Rossi Lopez
Lopez Hodes Restaino Milman Skikos &
Polos
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660

David Sampedro
Panter Panter & Sampedro
6950 N. Kendall Drive
Miami, FL 33156

Murray P. Yanks
401 Biscayne Building
19 West Flagler Street
Miami, FL 33130

Irwin B. Levin
Cohen & Malad
136 North Delaware Street, Suite 300
Indianapolis, IN 46206

Franklen K. Belhasen II
P.O. Box 670
Paintsville, KY 41240

Stephen B. Murray
Gano D. Lemoine III
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112

Steven E. Crick
Humphrey Farrington McClain & Edgar
221 West Lexington, Suite 400
Independence, MO 64050

Robert C. Herman
301 West Fourth Street
Carson City, NV 89703

J. Mark McCarthy
Coulter Ventre McCarthy & Twichell
220 South Warren Street, Suite 700
Syracuse, NY 13202

Thomas P. Valet
Rheingold Valet Rehingold & Shkolnik
113 East 37th Street
New York, NY 10016

Stanley M. Grossman
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue, 26th Floor
New York, NY 10017

John R. Climaco
Climaco Lefkowitz Peca Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

Tony W. Edwards
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502

William K. Berenson
1701 River Run, Suite 900
Fort Worth, TX 76107

Daniel "Pete" Petroski
3850 One Houston Center
1221 McKinney
Houston, TX 77010

Harry F. Bell, Jr.
Bell & Bands
30 Capitol Street
P.O. Box 1723
Charleston, WV  25326

Edward Ronwin
P.O. Box 20875
Cheyenne, WY  82003

Elizabeth J. Cabraser
Lieff Cabraser & Heimann
275 Battery Street
San Francisco, CA  94111

John J. Carey
Carey & Danis
8182 Maryland Avenue, Suite 1400
St. Louis, MO  63105

Samuel M. Hill
Gardner Middlebrooks Gibbons & Kittrell
Suite 450, McAdory Building
2013 First Avenue North
Birmingham, Alabama  35203

Gary M. Farmer, Jr.
Gillespie Goldman Kronengold & Farmer
6550 N. Federal Highway, Suite 511
Fort Lauderdale, FL  33308

Giovanni Nicosia
8100 North University Drive, Suite 102
Fort Lauderdale, Florida  33321

Kevin Rogers
20 South Clark Street, Suite 2000
Chicago, Illinois  60603

Colin P. King
Dewsnup King & Olsen
2020 Beneficial Life Tower
36 South State Street
Salt Lake City, UT  84111

Steve Annand
Cohen Millstein Hausfeld & Toll
1100 New York Avenue, Northwest
West Tower, Suite 500
Washington, DC  20005

Archie C. Lamb, Jr.
2017 Second Avenue North, Suite 200
P.O. Box 2088
Birmingham, AL  35201

James M. Doran, Jr.
Waller Lansden Dortch & Davis
Nashville City Center
511 Union Street, suite 2100
P.O. Box 198966
Nashville, TN  37219

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
Montgomery, AL  36103

Thomas J. Knight
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL  36202

Earl P. Underwood, Jr.
Rice Adams Underwood & Associates
P.O. Box 2330
Anniston, AL  36202

Richard D. Holper
Holper Welsh & Mitchell
Fountain View Center, Suite 104
16930 East Palisades Blvd.
Fountain Hills, AZ  85268

Frank M. Pitre
Cotchett Pitre & Simon
San Francisco Airport Office Center
840 Malcom Road, Suite 200
Burlingame, CA  94010

Hugo N. Gerstl
2600 Garden Road, West Bldg., Suite 224
Monterey, California  93940

William M. Audet
Alexander Hawes & Audet
152 North Third Street, Suite 600
San Jose, CA  95112

James C. Krause
Krause & Kalfayan
1010 Second Avenue, Suite 1750
San Diego, CA  92101

Gayle M. Blatt
Herman Mathis Casey Kitchens & Gerel
110 Laurel Street
San Diego, CA  92101

Jonathan I. Rotstein
Rotstein & Shiffman
309 Oakridge Blvd., Suite B
Daytona Beach, FL  32118

Gus R. Benitez
Benitez & Butcher
1223 East Concord Street
Orlando, FL  32803

Clinton A. Krislov
William Bogot
20 North Wacker Drive, Suite 1350
Chicago, IL  60606

Richard J. Rosenblum
Rubin & Machado
120 West Madison Street, Suite 400
Chicago, IL  60602

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Blvd.
Denham Springs, LA  70726

W. Hugh Sibley
Sibley Law Firm
One New North Street
P.O. Box 399
Greensburg, LA  70441

Maria I. O'Byrne Stephenson
Stephenson Matthews Chavarri & Lambert
2305 World Trade Center
#2 Canal Street
New Orleans, LA  70130

Vance R. Andrus
Andrus Bodreaux Lemoine & Tonore
P.O. Box 3347
Lafayette, LA  70502

Bob F. Wright
Domengeaux Wright Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA  70501

Cy V. Weiner
Weiner & Cox
3000 Town Center, Suite 1800
Southfield, MI  48075

T. Joseph Snodgrass
1500 Landmark Tower
345 St. Peter Street
St. Paul, MN  55102

Timothy M. O'Keefe
Solberg Stewart Miller Johnson Tjon &
Kennelly
1129 Fifth Avenue South
P.O. Box 1897
Fargo, ND  58107

Bruce D. Greenberg
Lite DePalma Greenberg & Rivas
Two Gateway Center, 12th Floor
Newark, NJ  07102

James D. Sill
Sill Beadles Johnson Biscone & White
P.O. Box 3759
Shawnee, OK  74802

Thomas J. Johnson
The Falls Center Building
431 North Philllips Avenue, Suite 300
Sioux Falls, SD  57104

Don Barrett
104 Court Square, N.
P.O. Box 987
Lexington, MS  39095

Gordon Ball
Ball & Scott Law Office
Bank of America Center
550 West Main Avenue, Suite 750
Knoxville, TN  37902

Robert C. Hilliard
Hilliard & Muñoz
719 South Shoreline, Suite 600
Corpus Christi, TX  78401

Stephen Quesenberry
Hill Johnson & Schmutz
3319 North University Avenue
Provo, UT  84604

Steve W. Berman
Hagens Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Anthony J. D'Amico
Goldberg Persky Jennings White & Hostler
1108 Third Avenue, Suite 602
Huntington, WV  25701

Stanley M. Chesley
Waite Schneider Bayless & Chesley Co.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202

Clyde DeMersseman
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM  87104

James T. Capretz
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA  92660

James P. Roy
Bob F. Wright
Domengeaux Wright Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA  70501

Gary L. Jackson
P.O. Box 1368
Sidney, MT  59270

Philip N. Elbert
Neal & Harwell
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN  37219

Kenneth M. Suggs
Suggs & Kelly Lawyers
500 Taylor Street
P.O. Box 8113
Columbia, SC  29202

4