**MDL 1431**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 30 2003

FILED
CLERK'S OFFICE

Re: MDL-1431 – In re Baycol Products Liability Litigation

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| LERONIOUS GAVIN v. BAYER AG, et al | Civil Action No. 2 03-455 |
| MARY EMMONS v. BAYER AG, et al | Civil Action No. 2 03-456 |
| MARY KING v. BAYER AG, et al | Civil Action No. 2 03-457 |
| IVA RIGBY v. BAYER AG, et al | Civil Action No. 3 03-1038 |
| RUBY WASHINGTON v. BAYER AG, et al | Civil Action No. 3 03-1039 |
| JOHN MOORE v. BAYER AG, et al | Civil Action No. 3 03-1040 |
| BERNICE SCOTT v. BAYER AG, et al | Civil Action No. 3 03-1041 |
| ADA BOONE v. BAYER AG, et al | Civil Action No. 3 03-1042 |
| SHIRLEY BROWN v. BAYER AG, et al | Civil Action No. 3 03-1043 |
| JOHNNIE LOGAN v. BAYER AG, et al | Civil Action No. 3 03-1056 |
| DENNIS HARRELL v. BAYER AG, et al | Civil Action No. 3 03-1068 |
| SULAR JONES v. BAYER AG, et al | Civil Action No. 4 03-337 |
| WILLIE HARRIS v. BAYER AG, et al | Civil Action No. 5 03-446 |

ALL CASES IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

PLAINTIFF'S NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER 31

PLEADING NO. 547

2003 OCT 29 P 3:33
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Plaintiffs file this their Notice of Opposition to Conditional Transfer Order 31 issued October 15, 2003.

2. These cases, and each of them, were filed in state court of Mississippi by individual Mississippi plaintiffs against Bayer Corporation and at least one Mississippi defendant. These cases were improperly removed to federal court on the pretext that the Mississippi defendants are "fraudulently joined". An order staying all proceedings has been entered in

**OFFICIAL FILE COPY**

**IMAGED OCT 30 '03** ✓

each case. The Plaintiffs, and each of them, intend to file a motion to remand to the appropriate State Court once the Judicial Panel has completed its review.

3. Plaintiffs request that the Court sever their causes of action and vacate Conditional Transfer Order 31 with respect to their individual actions within the time provided by the Rules of the Judicial Panel.

4. In the alternative, Plaintiffs request that the Panel stay the transfer of their action or defer a decision on the transfer to allow Plaintiffs an opportunity to file a motion to remand in their case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs should be severed from the Multidistrict Litigation regarding the product Baycol and remanded to the Court of the Southern District of Mississippi.

Respectfully submitted,

By: _____
WILLIAM E. CAVANAUGH
ONE OF THE ATTORNEYS
FOR THE PLAINTIFFS

**GREGORY J. FARIES, P.A.   MSB#5138**
**WILLIAM E. CAVANAUGH, P.A.   MSB#5934**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 23997**
**JACKSON, MS  39225-3997**
**Telephone  (601) 969-6999**
**Facsimile  (601) 969-5599**

## PROOF OF SERVICE

I, WILLIAM E. CAVANAUGH, the undersigned counsel, hereby certify that on October 29, 2003 I have sent by facsimile transmission and United States Postal Service the foregoing Notice of Opposition to Conditional Transfer Order 31 to be filed with the Multidistrict Panel and, upon instruction of the court, the Panel will serve notice upon all appropriate counsel for all parties in this case, as designated on the "Involved Counsel for Schedule CTO-31" attached to the Conditional Order received from the Clerk of the Panel, and on the district court in which the affected action is pending.

Witness my hand this the 29th day of October, 2003.

WILLIAM E. CAVANAUGH